UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

_____

TIMOTHY WRIGHT,  JUDGMENT IN A CIVIL CASE

        Petitioner,  Case No. CV 16-51-BU-DLC-JCL

vs.

LEROY KIRKEGARD, et al.,

        Respondents.

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

Dated this 27th day of December, 2016.

        TYLER P. GILMAN, CLERK

        By: /s/ T. Gesh
        T. Gesh, Deputy Clerk